UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Case No. 22-cv-00767-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 3 |

Plaintiff, a Texas state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice. The pending motion (Docket No. 3) is **VACATED**.

    **IT IS SO ORDERED.**

Dated: March 14, 2022

                                                                    /s/ Phyllis J. Hamilton
                                                                   PHYLLIS J. HAMILTON
                                                                   United States District Judge